UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SANNITI LLC

                Plaintiff,

    -against-

M.V. "MARIA PIA", her engines, boilers, etc.,

    -and against-

MEDITERRANEAN SHIPPING
  COMPANY, S.A.

                Defendants.

-------------------------------------------------------X

08 CV 2520

RULE 7.1     JUDGE JONES

08 CIV

*[MAR 13 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]*

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                              NONE

Dated: New York, New York
       March 11, 2008

                              William R. Connor, III (WC 4631)