# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

SANNITI LLC,

      PLAINTIFF,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 2520

M.V. "MARIA PIA", her engines, boilers, etc.
and
MEDITERRANEAN SHIPPING COMPANY, S.A.,

      DEFENDANT.

TO: (Name and address of defendant)

    MEDITERRANEAN SHIPPING COMPANY, S.A.
    c/o MEDITERRANEAN SHIPPING COMPANY (USA), INC.
    420 FIFTH AVENUE
    NEW YORK, NEW YORK 10018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    McDERMOTT & RADZIK, LLP
    WALL STREET PLAZA
    88 PINE STREET
    NEW YORK, NEW YORK 10005

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: MAR 1 3 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: March 19th, 2008 |
| NAME OF SERVER (PRINT): GEORGE RUSH | TITLE: PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: /MEDITERRANEAN SHIPPING COMPANY, S.A. 420 Fifth Avenue, New York, NY 10018 c/o Mediterranean Shipping Company (USA), Inc. at 3:55 P.M.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lydia Tuve, Comptroller

☐ Returned unexecuted: _____

☐ Other (specify): Description of Lydia Tuve: female, white, brown hair, 5'5", 140 lbs., 41 years of age

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 20th, 2008
Date

Signature of Server
GEORGE RUSH    Lic. No. 0791734
233 Broadway
New York, NY 10279
Address of Server

RECEIVED
MAR 24 2008
McDERMOTT & RADZIK LLP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.