UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

# 08 CV 2520  ECF
Sanniti LLC v. MV "Maria Pia," et al.

-------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

08 Civ. 2520 (BSJ)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | | ___ Social Security |
| ___ | Settlement* | |
| | | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | Particular Motion: _____ |
| | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        4/21/08

/s/ Barbara S. Jones
United States District Judge