LYONS & FLOOD, LLP
65 W 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| SANNITI LLC, | ECF CASE |
| Plaintiff, | 08 Civ. 2520 (BSJ) |
| - against - | |
| M/V "MARIA PIA", her engines, boilers, etc.; | **RULE 7.1 STATEMENT** |
| - and against - | |
| MEDITERRANEAN SHIPPING COMPANY, S.A. | |
| Defendants. | |

-----------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant MEDITERRANEAN SHIPPING COMPANY S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which is otherwise publicly held in the United States.

Dated: New York, New York
       May 8, 2008

LYONS & FLOOD, LLP
Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

By: _____
Edward P. Flood (EPF-5797)
Lyons & Flood, LLP
65 W 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\FLOODDOC\2549116\Pleadings\Rule 7.1.doc