UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-------------------------------------------------------------------X  AFFIDAVIT OF SERVICE
SANNITI LLC                                                                                  CASE # 08-CV2520 (BSJ)
                                Plaintiff,

    - against -

MEDITERRANEAN SHIPPING COMPANY S.A

            Defendant And Third Party Plaintiff

MAHER TERMINALS INC

                    Third Party Defendant
-------------------------------------------------------------------X
STATE OF NEW YORK    )
                             ) ss.:
QUEENS COUNTY   )

       Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

       On May 15, 2008, at approximately 4:05 pm, at 400 Connell Drive, 4th Floor, Berkeley ,NJ, 07922, Deponent served the within Third Party Summons and Third Party Complaint, upon: **Maher Terminals**, Inc, by delivering to and leaving with Michael Davis, Vice President, a true and correct copy of said documents. At the time of said service, Michael Davis, stated that he is duly authorized to accept service of legal documents behalf of Maher Terminals, Inc.

       Michael Davis is described a white male, approximately 43-47 yrs. of age, 160-170 lbs.,5'5"-5'6"tall, with black hair .

                                                         Andrew Bartley

Sworn to before me this
May 16, 2008

     Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty, New York City
Commission Expires November 17, 2009