UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANNITI LLC,

               Plaintiff,                             08 Civ. 2520 (BSJ)

  -against-

M/V "MARIA PIA," her tackle, boilers,
engines,                                          **RULE 7.1 STATEMENT**

  - and against-

MEDITERRANEAN SHIPPING COMPANY S.A.,

               Defendants.
------------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,

               Third-Party Plaintiff,

  -against-

MAHER TERMINALS, INC.,

               Third-Party Defendant.
------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney for private (non-governmental) party, Maher Terminals, LLC., certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

     NONE.

Dated: New York, New York
         May 28, 2008

                                                            KENNY, STEARNS & ZONGHETTI, LLC
                                                            Attorneys for Third-Party Defendant
                                                            Maher Terminals, LLC.

By: _____
James M. Kenny (JK-3174)
26 Broadway
New York, New York 10004
(212) 422-6111