UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANNITI, LLC,                                                 :

          Plaintiff,                                  :

       -against-                                      :

M.V. "MARIA PIA," ET AL.,                          :

         Defendants.                                :

------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 06/10/08

ORDER GOVERNING
INITIAL CONFERENCE AND
REQUIRED DISCLOSURES

08 Civ. 2520 (BSJ)(KNF)

       The initial pretrial conference scheduled previously for June 17, 2008, at 2:00 p.m., is

canceled. It shall be held on June 23, 2008, at 2:00 p.m., before Kevin Nathaniel Fox, United

States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
      June _____9_____, 2008

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE